## Gulf Oil Corporation, Plaintiff-Appellee, v. Village of Melrose Park and Edward J. Bennish, Building Commissioner, Defendants-Appellants.

**Gen. No. 47,574.**

First District, Second Division.

March 31, 1959.

Released for publication April 14, 1959.

Guerine & Guerine (Guy C. Guerine, of counsel) for defendants-appellants; Davis, Dietch & Ryan (William L. Ryan, of counsel) for plaintiff-appellee. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**